UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-22992-CIV-UNGARO

GUSTAVO SAMPAIO,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC.,

    Defendant.
_____/

## ORDER DISMISSING THE CASE

THIS CAUSE is before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice, filed June 23, 2010 (D.E. 14.)

THE COURT has considered the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41, this case is DISMISSED WITH PREJUDICE with each party to bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers, Miami, Florida, this _24th_ day of June, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record